### In re SILVERMAN.

(Circuit Court of Appeals, Second Circuit. April 19, 1926.)

No. 201.

Courts ⟜406(2)—Person, punished for failure to obey order of bankruptcy court, cannot on appeal raise point of lack of jurisdiction to make original order, which had been ruled against him and appeal therefrom dismissed.

Where authority to make order in bankruptcy proceeding has been ruled, on, and appeal therefrom dismissed, person punished for failure to obey order cannot on appeal raise point of lack of jurisdiction to make original order, and Circuit Court of Appeals is precluded from considering it.

Appeal from the District Court of the United States for the Eastern District of New York.

In the matter of Anna Silverman, bankrupt. From an order punishing Alexander M. Zack for not obeying a previous order, he appeals. Affirmed.

Archibald Palmer, of New York City (Max L. Rosenstein, of New York City, of counsel), for appellant.

Charles Soble, of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. This appeal is taken from an order punishing one Zack for not obeying another order made many months earlier. Zack appeared and in substance pleaded only that the court never had authority to enter the order that he had not obeyed. But the point had been ruled against him months before, he had taken an appeal, the appeal had been dismissed, and the point had become an adjudicated thing. This appellant can no longer raise the point of lack of jurisdiction to make the original order, and we are precluded from considering it.

The order is modified, by striking out the provision for interest and substituting a direction that Zack pay over the principal sum and whatever he has earned with it or by it. As modified, the order is affirmed, with costs.